UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, et al., | Civil No. 72-0019 (PAM/JSM) |
| Plaintiffs, | |
| v. | **ORDER** |
| Reserve Mining Company, et al., | |
| Defendants. | |

Plaintiffs have sought permission from the Court, pursuant to Local Rule 7.1(g) to file Motions to Reconsider this Court's Order of August 21, 2007. The Court finds that there are no "compelling circumstances" that would justify the Court's reconsideration of its Order. See L.R. 7.1(g). The requests will therefore be denied.

The Court notes that Defendants' Motion for Clarification is due to be filed on Monday, September 24, 2007. Plaintiffs' requests for reconsideration involve the briefing schedule established for that Motion. If, after receiving Defendants' Motion, Plaintiffs believe that they require additional time to respond to the Motion, Plaintiffs may so move.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' requests to file Motions for Reconsideration are **DENIED**.

Dated: September 20, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge