UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America, et al.,

    Plaintiffs,

v.

Reserve Mining Company, et al.,

    Defendants.

Civil No. 72-0019 (PAM/JSM)

**ORDER**

---

Defendant Northshore Mining Company ("Northshore") has requested that the Court reconsider its Order of December 21, 2007, denying Northshore's Motion for Clarification and Relief from Judgment. Pursuant to Local Rule 7.1(g), Northshore must establish that "compelling circumstances" mandate the reconsideration of the Court's Order. D. Minn. L.R. 7.1(g). Northshore has failed to establish such compelling circumstances, and the Court will deny Northshore's request.

Northshore contends that this Court mistakenly concluded that the "control city" standard in Northshore's state environmental permits has become a state administrative standard and is no longer a federally imposed standard. While reasonable minds no doubt differ on whether the Court's determination was correct, a contention that the Court simply did not understand the previously made arguments does not in the usual course constitute compelling circumstances for the reconsideration of an Order.

Accordingly, **IT IS HEREBY ORDERED** that Northshore's request for permission to file a Motion for Reconsideration (Docket No. 2003) is **DENIED**.

Dated: <u>January 11, 2008</u>

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge
